Kathryn A. Black, ABA #800608
Birch Horton Bittner & Cherot
1127 West Seventh Avenue
Anchorage, AK 99501
Telephone: 907.276.1550
Facsimile: 907.276.3680

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DAVID G. FAULK,<br><br>        Plaintiff,<br><br>   vs.<br><br>GOLFSMITH INTERNATIONAL, INC., MEDICREDIT, INC. d.b.a. MEDICREDIT FINANCIAL SERVICES, INC. a.k.a. MEDICREDIT CORPORATION, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION SETTLEMENT SOLUTIONS, INC., and EQUIFAX INFORMATION SERVICES, LLC.,<br><br>        Defendants. | Case No.: __:10-_____CV-____-____ |

**NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT**

TO:       Clerk of the Court, United States District Court for the District of Alaska

AND TO:   LAW OFFICES OF CHARLES G. EVANS
              Attorneys for Plaintiff, David G. Faulk
              123 East 11th Avenue
              Anchorage, AK 99501

FAULK V. TRANS UNION, LLC, ET AL.                       CASE NO. __:10--_____CV-__-__
NOTICE OF REMOVAL TO USDC                                            PAGE 1 OF 4
F:\506360\3\TU'S NOTICE OF REMOVAL (FEDERAL).DOC
Case 3:10-cv-00096-HRH   Document 1   Filed 05/11/10   Page 1 of 4

BIRCH HORTON BITTNER & CHEROT
ATTORNEYS AT LAW
1127 WEST SEVENTH AVENUE
ANCHORAGE, ALASKA 99501-3301
TELEPHONE (907) 276-1550 • FACSIMILE (907) 276-3680

Pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, Defendant, Trans Union, LLC ("Trans Union"), hereby removes the subject action from the Superior Court for the State of Alaska, Third Judicial District at Anchorage, to the United States District Court for the District of Alaska, on the following grounds:

1. Plaintiff, David G. Faulk, served Trans Union on or about April 21, 2010, with a Summons and Complaint filed in the Superior Court for the State of Alaska, Third Judicial District at Anchorage. A copy of the Notice Of Removal filed in the State Court is attached hereto as Exhibit A, and a copy of the Summons and Complaint filed in State Court is attached hereto as Exhibit B.

2. Plaintiff makes claims under the Fair Credit Reporting Act, 15 U.S.C. § 1681, et seq. (the "FCRA"). See Complaint, ¶ 1.

3. This Court has original jurisdiction over the subject action pursuant to 28 U.S.C. § 1331 since there is a federal question. As alleged, this suit falls within the FCRA which thus supplies this federal question.

4. Pursuant to 28 U.S.C. § 1441, et seq., this cause may be removed from the Superior Court for the State of Alaska, Third Judicial District at Anchorage, to the United States District Court for the District of Alaska.

5. As of the date of this Notice of Removal, Defendants Golfsmith International, Inc., Experian Information Solutions, Inc. and Equifax Information Services, LLC have been served (collectively, the "Served Defendants"); Defendant Medicredit Finanacial Services, Inc. a.k.a. Medicredit Corporation has not been served. Counsel for Trans Union has contacted counsel for the Served Defendants and they have consented to this removal as evidenced by the consents attached hereto as Exhibits C, D and E.

FAULK V. TRANS UNION, LLC, ET AL.             CASE NO. __:10--_____CV-__-__
NOTICE OF REMOVAL TO USDC                                              PAGE 2 OF 4
F:\506360\3\TU'S NOTICE OF REMOVAL (FEDERAL).DOC
Case 3:10-cv-00096-HRH    Document 1    Filed 05/11/10    Page 2 of 4

6. Notice of this removal has been or will promptly be filed with the Superior Court for the State of Alaska, Third Judicial District at Anchorage, and served upon all adverse parties.

WHEREFORE, Defendant, Trans Union, LLC, by counsel, removes the subject action from the Superior Court for the State of Alaska, Third Judicial District at Anchorage, to the United States District Court for the District of Alaska.

DATED this 10th day of May, 2010.

> BIRCH HORTON BITTNER & CHEROT
> Attorneys for Defendant
>
> By: s/ Kathryn A. Black
> Kathryn A. Black, ABA #800608
> 1127 West Seventh Avenue
> Anchorage, AK 99501
> Telephone: 907.276.1550
> Facsimile: 907.276.3680
> Email: kblack@bhb.com

BIRCH HORTON BITTNER & CHEROT
ATTORNEYS AT LAW
1127 WEST SEVENTH AVENUE
ANCHORAGE, ALASKA 99501-3301
TELEPHONE (907) 276-1550 • FACSIMILE (907) 276-3680

FAULK V. TRANS UNION, LLC, ET AL.  CASE NO. __:10--_____CV-__-__
NOTICE OF REMOVAL TO USDC  PAGE 3 OF 4
F:\506360\3\TU'S NOTICE OF REMOVAL (FEDERAL).DOC
Case 3:10-cv-00096-HRH   Document 1   Filed 05/11/10   Page 3 of 4

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 10th day of May, 2010, a true and correct copy of the foregoing was served on the following in the manner indicated:

**MANUAL NOTICE:**

LAW OFFICES OF CHARLES G. EVANS
Counsel for Plaintiff David G. Faulk
123 East 11th Avenue
Anchorage, AK 99501

Fred I. Williams
AKIN GUMP STRAUSS HAUER & FELD LLP
Counsel for Golfsmith International, Inc.
300 West 6th Street, Suite 2100
Austin, TX 78701-3911

Angela M. Taylor
JONES DAY
Counsel for Experian Information Solutions, Inc.
3161 Michelson Drive, Suite 800
Irvine CA 92612

K. Ann Broussard
KING & SPALDING LLP
Counsel for Equifax Information Services, LLC
1180 Peachtree Street, NE
Atlanta, GA 30309


BIRCH HORTON BITTNER & CHEROT

By: s/ Kathryn A. Black
        Kathryn A. Black

BIRCH HORTON BITTNER & CHEROT
ATTORNEYS AT LAW
1127 WEST SEVENTH AVENUE
ANCHORAGE, ALASKA 99501-3301
TELEPHONE (907) 276-1550 • FACSIMILE (907) 276-3680

FAULK V. TRANS UNION, LLC, ET AL.                    CASE NO. __:10--_____CV-__-__
NOTICE OF REMOVAL TO USDC                                             PAGE 4 OF 4
F:\506360\3\TU'S NOTICE OF REMOVAL (FEDERAL).DOC
Case 3:10-cv-00096-HRH   Document 1   Filed 05/11/10   Page 4 of 4